AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Allen Moyer, an individual, and ADMI Incorporated <br><br><br><br> *Plaintiff(s)* <br><br> v. <br> Joseph Cellura, an individual, ADMI Inc., Tarsin Mobile Inc. <br><br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 5:23-cv-03004-SVK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Joseph Cellura
     9720 Rolling Rock Court, Reno, NV 89521
   ADMI Inc.
     4041 E Sunset Road, Henderson, NV 89014
   Tarsin Mobile Inc.
     5345 Kietzke Lane, Reno, NV 89511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Michael J. Khouri, Esq.
   Khouri Law Firm APC
     101 Pacifica, Suite 380
     Irvine, California 92618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:   June 23, 2023                                                              
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  5:23-cv-03004-SVK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Joseph Cellura

was received by me on *(date)*   07/17/2023                  .

☒ I personally served the summons on the individual at *(place)*  9720 Rolling Rock Ct., Reno, NV 89521

on *(date)* 07/18/2023 @ 12:42 pm ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                  , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                  ; or

❏ I returned the summons unexecuted because                                    ; or

❏ Other *(specify):*

.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/20/2023

*Server's signature*

Clinton Terry Turney, #R - 2022-04093

*Printed name and title*

Legal Process Service
105 Mary Street Reno, NV 89509
NV PILB Lic. #604
888-568-5566

*Server's address*

Additional information regarding attempted service, etc:

Three copies of the documents were served to Joseph Cellura, as an individual and on behalf of ADMI Inc., and Tarsin Mobile Inc.

Additional Documents served:
Complaint for Damages for: (1) Violation of 15 U.S.C. Section 1125 (2) Violation of California Business and Professions Code Section 17200 (3) Common Law Tortious Interference with Business Relations and Opportunities and Demand for Jury Trial