Jose Z. Marin, Esq. [SBN 291457]
Jose Marin Law, Inc.
44 Page Street
Ste. 600
San Francisco, CA 94102
Telephone: (415) 753-3538
jose@josemarinlaw.com
Attorneys for all Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLEN MOYER, an individual, and ADMI INCORPORATED,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JOSEPH CELLURA, an individual, ADMI INC., TARSIN MOBILE INC.,<br><br>    Defendants. | Case No. 23-cv-03004-SVK<br><br>~~PROPOSED~~ **ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

Pending before this Court is DEFENDANTS' motion to enlarge time to file a responsive pleading to PLAINTIFFS' complaint. After reviewing the motion, the response, the record, and the applicable law, the Court GRANTS a 30-day extension. Defendants' response to the Complaint is due by September 15, 2023.

It is SO ORDERED.

Signed this 22nd of August, 2023.

_____
**SUSAN VAN KEULEN**
**UNITED STATES MAGISTRATE JUDGE**