| | | |
|---|---|---|
| *Law Office of*<br>*Douglas R. Dollinger, P.C.*<br>*& Associates, Counselors at Law*<br><u>*Admitted to Both*</u><br><u>*State and Federal Practice*</u> | # EXHIBIT 2 | *Telephone*<br><u>845.741.9363</u><br><br>*Affiliated Offices*<br>San Diego California<br>New York City New York |

570 County Route 49<br>
<u>Middletown, New York 10940</u><br>
ddollingeresq@gmail.com

November 30, 2022

United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
E-mail: ALCarterNYSDChambers@nysd.uscourts.gov

              Re: **<u>Tarsin et al vs. Moyer et al  No: 22-9339</u>**

Your Honor:

Supplemental to the ex-parte Motion for Email Service attach are copies of two affidavits of service to Defendant Moyer's last place of work and his home. I am advised there were additional attempts at service, including over the past several days without success, but the process server has not yet responded.

 Respectfully,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.

DRD/mg

| Attorney or Party without Attorney: Douglas R Dollinger, SBN: 2354926<br>Tarsin Mobile Inc<br>699 Hampshire Rd, Ste 217<br>Westlake Village, CA 91361<br>TELEPHONE No.: (408) 898-6191 | E-MAIL ADDRESS (Optional): Mike@tarsinmobile.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually, | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually,
Defendant: ALLEN D. MOYER and ADMI INCORPORATED,

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:22-cv-09339-ALC |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALLEN D. MOYER and ADMI INCORPORATED,**

Documents: Order, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING THEM PRELIMINARY INJUNCTION, PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING A PRELIMINARY INJUNCTION, Declaration of Joseph R. Cellura in Supportof the Motion for a Temporary Restraining Order and Hearing for Preliminary Injunction & Civil Complaint;

| Date | Time | Results |
|---|---|---|
| 11/7/2022 | 11:28 AM<br>Location: | Door locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290, Morgan Hill, CA 95037 |
| 11/7/2022 | 11:51 AM<br>Location: | Door Locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290, Morgan Hill, CA 95037 |
| 11/7/2022 | 12:04 PM<br>Location: | Attemtped at Ste 180 that is Melton Acupuncture - Ellenor Rios<br>18525 Sutter Blvd, Ste 290, Morgan Hill, CA 95037 |
| 11/7/2022 | 12:08 PM<br>Location: | door locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290, Morgan Hill, CA 95037 |
| 11/7/2022 | 12:12 PM<br>Location: | Door Locked - Ellenor Rios<br>18525 Sutter Blvd, Ste 290, Morgan Hill, CA 95037 |

Fee for Service: **$ .00**
County: **San Mateo County**
Registration No.: **984**
**PROCESS SERVER ONE**
**555 ANTON BLVD STE 150**
**COSTA MESA, CA 92626**
**(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 11, 2022.

Signature: _____
**Ellenor Rios**

**NON SERVICE REPORT**
Exhibit "B"

Order#: 21383

| Attorney or Party without Attorney: Douglas R Dollinger, SBN: 2354926<br>Tarsin Mobile Inc<br>699 Hampshire Rd, Ste 217<br>Westlake Village, CA 91361<br>TELEPHONE No.: (408) 898-6191 | E-MAIL ADDRESS (Optional): Mike@tarsinmobile.com<br>FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually, | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff: ADMI INC, TARSIN MOBILE INC., by their CEO, JOSEPH R. CELLURA and JOSEPH R. CELLURA, Individually,

Defendant: ALLEN D. MOYER and ADMI INCORPORATED,

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>1:22-cv-09339-ALC |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ALLEN D. MOYER and ADMI INCORPORATED,**

Documents: Order, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING THEM PRELIMINARY INJUNCTION, PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A HEARING GRANTING A PRELIMINARY INJUNCTION, Declaration of Joseph R. Cellura in Support of the Motion for a Temporary Restraining Order and Hearing for Preliminary Injunction & Civil Complaint;

| Date | Time | Results |
|---|---|---|
| 11/19/2022 | 3:27 PM | No answer call box, this is a gated residence, that is a mansion, no vehicles visible, so as to be able to gain plate numbers - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |
| 11/21/2022 | 9:11 AM | No answer call box, no vehicles visible from the gate - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |
| 11/22/2022 | 8:32 PM | No answer call box, no access to the residence, no cars visible, house is dark - Ellenor Rios |
| | Location: | 12300 Highland Estates Lane, San Martin, CA 95046 |

Fee for Service: $ .00
County: San Mateo County
Registration No.: 984
**PROCESS SERVER ONE
555 ANTON BLVD STE 150
COSTA MESA, CA 92626
(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 23, 2022.

Signature: _____
**Ellenor Rios**

**NON SERVICE REPORT**

Exhibit "B"

Order#: 21573