EXHIBIT 9

**Subject**: Re: FIRST AMENDED COMPLAINT
**From**: "Michael J. Khouri" <mkhouri@khourilaw.com>
**To**: Jose Marin <jose@josemarinlaw.com>
**Cc**: David Lara <david@josemarinlaw.com>
**Date Sent**: Wednesday, September 13, 2023 2:34:52 PM GMT-07:00
**Date Received**: Wednesday, September 13, 2023 2:34:57 PM GMT-07:00

==If there was jurisdiction in New York, of course I would accept but will not accept service of process as the court in New York has no personal jurisdiction over my clients.== Please call me anytime about a settlement meeting. Take Care. Mike

**Michael J. Khouri**
**Khouri Law Firm, APC**
101 Pacifica, Suite 380
Irvine, California 92618
(949) 680-6332

http://www.khourilaw.com

NOTICE: This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error then delete it.

---

**From:** Jose Marin <jose@josemarinlaw.com>
**Date:** Wednesday, September 13, 2023 at 2:27 PM
**To:** Michael J. Khouri <mkhouri@khourilaw.com>
**Cc:** David Lara <david@josemarinlaw.com>
**Subject:** FIRST AMENDED COMPLAINT

Dear Michael,

I hope you are doing well. Following the Federal Rules of Civil Procedure, specifically Rule 4, we request your clients' (ADMIN INCORPORATED and ALLEN MOYER) cooperation in signing and returning the enclosed "Waiver to the Service of Summons." By signing this waiver, we can avoid the formal process of serving court papers and potentially expedite the proceedings. This will not only save time but also resources for our clients. Please review the attached waiver and return the signed document to our office at your earliest convenience. Please don't hesitate to let me know if you have any questions or need clarification on any matter related to this request. I am including the complaint, exhibits, and summons for you to take a look at. We will also be mailing a set for each of your clients to your address. If you would like me to send them only to your clients, please let me know as soon as possible. I know you said before that your client did not want you to accept service on their behalf. If that's the case, let me know.

Also, I spoke to my client about a possible meeting, who stated that the lead counsel is authorized to settle the matter. Let me know when it's a good time to speak to you about this.

Lastly, I got a copy of the letter you sent to the New York judge. Thank you. I will take a look at it.


Best,
Jose

P.S. My email only allows me to send attachments that do not exceed a certain size. This is why you got a Google Drive link. The Waiver is attached in PDF format.

 48-1.pdf

| | |
|---|---|
| 📄 **48-2.pdf** | |
| 📄 **48-3.pdf** | |
| 📄 **48-4.pdf** | |
| 📄 **48-5.pdf** | |
| 📄 **48-6.pdf** | |
| 📄 **48-7.pdf** | |
| 📄 **48-8.pdf** | |
| 📄 **48-9.pdf** | |
| 📄 **48-10.pdf** | |
| 📄 **48-11.pdf** | |
| 📄 **48-12.pdf** | |
| 📄 **48-13.pdf** | |
| 📄 **48.pdf** | |
| 📄 **SUMMONS.pdf** | |

--



**Jose Z. Marin, Esq.**
Jose Marin Law

(415) 753-3539 | jose@josemarinlaw.com
www.josemarinlaw.com

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Create your own email signature