Jose Z. Marin, Esq. [SBN 291457]
Jose Marin Law, Inc.
44 Page Street, Ste. 600
San Francisco, CA 94102
Telephone: (415) 753-3538
jose@josemarinlaw.com
Attorney for all Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLEN MOYER, an individual, and ADMI INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH CELLURA, an individual, ADMI INC., TARSIN MOBILE INC.,<br><br>Defendants. | Case No. 23-cv-03004-SVK<br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO STAY** |

Pending before this Court is DEFENDANTS' motion to stay. After reviewing the motion, the response, the record, and the applicable law, the Court:_____

_____

It is SO ORDERED.

Signed this ____ of _____, 2023.

_____
**SUAN VAN KEULEN**
**UNITED STATES MAGISTRATE JUDGE**