Michael J. Khouri, Esq. (SBN 97654)
KHOURI LAW FIRM, APC
101 Pacifica, Suite 380
Irvine, California 92618
Phone: (949) 336-2433
Fax: (949) 387-0044
mkhouri@khourilaw.com

Attorney for Plaintiffs,
ALLEN D. MOYER and ADMI INCORPORATED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLEN MOYER; and ADMI INCORPORATED;<br><br>            Plaintiffs,<br><br>    v.<br><br>JOSEPH CELLURA; ADMI INC.; and TARSIN MOBILE INC.<br><br>            Defendants. | Case No. 23-cv-03004-SVK<br><br>**PLAINTIFFS' STATUS REPORT**<br>**[No Hearing Set]** |

Counsel for the Parties intended to meet-and-confer today. However, Defense Counsel is ill and was unable to participate.

Since the Court granted the Motion to Stay in this matter, nothing of significance has occurred in the New York case. In New York, no Proof of Service of the First Amended Complaint has been filed. The Court in New York has not decided the Motion to Dismiss made by Mr. Moyer and his company on the grounds that the Court in New York lacks personal jurisdiction.

/ / /

/ / /

Plaintiffs here request that the stay in this case be lifted. On the contrary, the Defense here contends that the stay should remain in effect.

Dated: December 18, 2023     Respectfully submitted,
KHOURI LAW FIRM, APC

By:   /s/ Michael J. Khouri
Michael J. Khouri
Attorney for Plaintiffs,
ALLEN D. MOYER; and
ADMI INCORPORATED