UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLEN MOYER, et al.,

Plaintiffs,

v.

JOSEPH R. CELLURA, et al.,

Defendants.

Case No.  23-cv-03004-SVK

**ORDER TERMINATING MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SETTING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 78

On March 26, 2026, Defendants Michael Ghiselli, ADMI Inc., and Tarsin Mobile filed an answer to the First Amended Complaint.  Dkt. 89.  Accordingly, the motion to dismiss the First Amended Complaint (Dkt. 78) is **TERMINATED**.

The Court will hold a Further Case Management Conference on **May 12, 2026 at 9:30 a.m.**  A Joint Case Management Statement is due by **May 5, 2026.**

All other dates and deadlines remain in place.

**SO ORDERED.**

Dated: March 27, 2026

SUSAN VAN KEULEN
United States Magistrate Judge